# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** <br><br> Chevrolet K2500 Pickup Truck with North Dakota License Plate Number 945CJW, and VIN Number 1GCHK29G06E233073 and the Vehicle's Data Recorder. | **MJ-20-38-GF-JTJ** <br><br> **ORDER** |

The United States has submitted an application to seal the filings in this matter and the court finds there is reason to believe that sealing this proceeding at this time is necessary in order to not jeopardize an ongoing criminal investigation.

IT IS THEREFORE ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrant filed herein, are SEALED. This case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 14th day of May, 2020.

_____
John Johnston
United States Magistrate Judge